FILED
2012 Jul-24  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WAYNE T. WEEMS, JR.,** )<br>)<br>Plaintiff, )<br>**vs.** )<br>)<br>**PORTFOLIO RECOVERY** )<br>**ASSOCIATES, LLC,** )<br>)<br>Defendant. ) | Civil Action Number<br>**2:12-cv-1737-AKK** |

## ORDER OF DISMISSAL

The court **GRANTS** Plaintiff's motion to dismiss, doc. 13, and, accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice**.

Each party bears its own costs.

**DONE** the 24th day of July, 2012.



_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE